IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01925-PAB-MEH

DOMINGO MARTINEZ, JR.,

    Petitioner,

v.

STEVE GREEN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Defendants.

---

## ORDER
---

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that on or before **August 13, 2010**, the Clerk of the Denver County District Court shall provide to this Court the original written record of Denver County District Court Case No. 05CR4369, *People v. Domingo Martinez*.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Room 256, Denver, CO 80202.

    Dated at Denver, Colorado, this 28th day of July.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge